UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUELU SALANOA, JR., <br><br>             Plaintiff, <br><br>    v. <br><br> PIERCE COUNTY, et al., <br><br>             Defendants. | Case No. C24-5126-TSZ-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff filed a letter in this stayed case regarding a recent incident at Pierce County Jail. Dkt. 11. The Court construed the letter as a motion to amend, and now DENIES the motion as unrelated to the case in which it was filed. The Court further notes that consideration of any further filings in relation to the incident at issue in the letter would necessitate the filing of a new civil case.

Dated this 13th day of May, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1